# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Austin Chance Evans,<br><br>            Plaintiff,<br><br>v.<br><br>Jordan Holiday Evans,<br><br>            Defendant. | No. CV-23-00418-TUC-EJM<br><br>**ORDER** |

On September 8, 2023, Magistrate Judge Eric J. Markovich issued a Report and Recommendation, pursuant to General Order 21-25, recommending the undersigned grant Plaintiff's in forma pauperis application and dismiss Plaintiff's complaint for failure to state a claim. (Doc. 7.) The magistrate judge allowed fourteen days for objections. No objections were filed. On October 3, 2023 Plaintiff filed a Notice of Settlement, indicating the parties had reached a settlement and asking the court that "this case be entered in as settled and closed." (Doc. 10.)

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Id.* at 154.

The Court has independently reviewed the complaint (Doc. 1), the Application for Leave to Proceed In Forma Pauperis (Doc. 2), Judge Markovich's R&R (Doc. 7), and

Plaintiff's Notice of Settlement (Doc. 10). The Court finds the R&R well-reasoned and agrees with Judge Markovich's conclusion that Plaintiff has failed to state a claim and amendment is futile. Moreover, it appears Plaintiff no longer wishes to litigate his claims.

Accordingly, IT IS ORDERED the R&R is ADOPTED (Doc. 7) and Austin Chance Evans's Complaint is DISMISSED with prejudice. (Doc. 1). IT IS FURTHER ORDERED Plaintiff's Application for Leave to Proceed In Forma Pauperis is GRANTED. (Doc. 2.) The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 5th day of October, 2023.

_____
Honorable Raner C. Collins
Senior United States District Judge